No. 01–9927. KELLY v. NORTEL NETWORKS CORP. C. A. 1st Cir. Certiorari denied.

No. 01–9947. ENGLISH v. MEACHAM ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–9954. HOLCOMB v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 01–9956. MOODY v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–9957. McLINDON v. RUSSELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–9958. TEDDER v. FLORIDA PAROLE COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 01–9959. VORE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–9961. MOBLEY v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 01–9963. JOHNSON v. MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 01–9964. LOPEZ v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–9968. BREDEMANN v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–9981. MITCHELL v. REES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–9985. PRIDGEN v. SHANNON ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–9986. PEALOCK, AKA CORN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.